IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON Y. SANDERS                                                         PLAINTIFF

VS.                              CASE NO. 3:08CV00172JLH

LEE COUNTY SCHOOL DISTRICT NO. 1;
THE BOARD OF EDUCATION OF LEE
COUNTY, ARKANSAS; ELIZABETH
JOHNSON, Individually; and ELIZABETH
JOHNSON, as President and Member of the
Board of Education of Lee County, Arkansas;
MILTON HALL, Individually; and LEE
HALL, as a Member of the Board of Education
of Lee County, Arkansas; VICTORY PERRY,
Individually; and VICTORY PERRY, as a
Member of the Board of Education of
Lee County, Arkansas; and PEARLETHE
COLLINS, Individually; and PEARLETHE
COLLINS, as a Member of the Board of
Education of Lee County, Arkansas                                         DEFENDANTS

## ANSWER TO COMPLAINT AND OBJECTION TO VENUE

Come now the Defendants, by and through undersigned counsel, file their Answer to Plaintiff's Complaint and specifically set forth their OBJECTION To Venue and Request for Transfer.

## ANSWER

1. The allegations in paragraph 1 are admitted.

2. The allegations in paragraph 2 are admitted.

3. The allegations in paragraph 3 are admitted.

4. The allegations in paragraph 4 are admitted.

5. Defendants deny that the venue is proper and as set forth below. Defendants request that the Court transfer this action to the Eastern (Helena) Division of the Eastern District of Arkansas.

6. Defendants admit the allegations in paragraphs 6.

7. Defendants admit the allegations in paragraph 7 with the notation that Wynne, Arkansas is located in the Eastern (Helena) Division of the Eastern District of Arkansas.

8. Defendants admit the allegations in paragraph 8.

9. Defendant Elizabeth Johnson admits that she is and was a member of the Lee County Board of Education at the time of plaintiff's complaint and at relevant times before.

10. Defendant Milton Hall admits that he is and was a member of the Lee County Board of Education at the time of plaintiff's complaint and at relevant times before.

11. Defendant Victory Perry admits that he is and was a member of the Lee County Board of Education at the time of plaintiff's complaint and at relevant times before.

12. Defendant Pearlethe Collins admits that she is and was a member of the Lee County Board of Education at the time of plaintiff's complaint and at relevant times before.

13. Defendants admit the allegations of paragraph 12.

14. Defendants admit the allegations in paragraph 13.

15. Defendants deny the allegations in paragraphs 14.

16. Defendants admit the allegations in paragraph 15.

17. Defendants admit the allegations in paragraph 16.

18. Defendants admit the allegations in paragraph 17.

19. Defendants admit the allegations in paragraph 18.

20. Defendants admit the allegations in paragraph 19.

21. Defendants admit the allegations in paragraph 20.

22. Defendants admit the allegations in paragraph 21.

23. Defendants deny the allegations in paragraphs 22.

24. Defendants admit the allegations in paragraph 23.

25. Defendants deny the allegations in paragraph 24.

26. Defendants admit the allegations in paragraph 25.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a cause of action upon which relief may be granted fees and costs and any other relief being claimed.

2. Plaintiff has failed to state a claim for compensatory and/or punitive claim for compensatory and/or punitive damages.

3. Plaintiff abandoned her job and is not entitled to claim damages.

4. Plaintiff, supported by the former superintendent of schools of Lee County School District, refused to provide information regarding the business of the district to defendants when asked, thereby creating a condition for which she could have been terminated.

5. Plaintiff is entitled to no relief because she neither alleged nor suffered a loss of income as a result of any employment decision made by defendants.

6. Plaintiff is entitled to no relief because she was not terminated.

7. Plaintiff is entitled to no relief because she did not mitigate damages.

8. Plaintiff is not entitled to any relief and defendant school district is or may be entitled to recover property wrongfully taken from the school district.

## **OBJECTION TO VENUE AND REQUEST FOR TRANSFER**

Defendants assert that venue must lie in the Eastern (Helena) Division of the Eastern District of Arkansas rather than the Jonesboro Division because a) the defendants reside therein, Complaint, par. 7; b) the plaintiff resides therein, Complaint par. 6 ; c) the employment contract between the parties was made, implemented and allegedly breached therein, Complaint, par. 12; d) the relevant witnesses all reside therein, Complaint, pars. 14, 15, 18, 20; e) the pertinent records associated with this action repose therein; f) if the action is tried in Helena, it is but 28 miles from Marianna while Jonesboro is more than 110 miles from Marianna (judicial knowledge); and g) the interests of justice militate in favor of the venue of the Eastern (Helena) Division of the Eastern District of Arkansas. See Murry v. Plantation Management Company, 90 BNAFEP Cases 92, (E.D. La. 2002)

WHEREFORE, premises considered, defendants respectfully submit that a) venue should be transferred to the Eastern (Helena) Division of the Eastern District of Arkansas because of the OBJECTION set forth and in the interests of justice; b) the Complaint should be dismissed and the requested relief denied; and c) defendants should be awarded their costs and fees upon dismissal.

Defendants also request a trial by jury.

Respectfully submitted,

JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187(facsimile)
email: johnwalkeratty@aol.com

/s/ John W. Walker
John W. Walker - #64046
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I do hereby state that a copy has been electronically filed with the Clerk of the Court utilizing the CM/ECF system which shall send notification of such filing to counsel for the plaintiff:

Michael D. Snell
RIEVES RUEBENS & MAYTON
P.O. Box 1359
West Memphis, AR   72303

/s/ John W. Walker

5