# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

SHARON Y. SANDERS                                                                                        PLAINTIFF

v.                                            Case No. 2:08CV00219 JLH

LEE COUNTY SCHOOL DISTRICT NO. 1;
THE BOARD OF EDUCATION OF LEE
COUNTY, ARKANSAS; ELIZABETH
JOHNSON, individually and as President and
Member of the Board of Education of Lee
County, Arkansas; MILTON HALL, individually;
LEE HALL, as Member of the Board of Education
of Lee County, Arkansas; VICTORY PERRY,
individually and as Member of the Board of
Education of Lee County, Arkansas; and
PEARLETHE COLLINS, individually and as
Member of the Board of Education of
Lee County, Arkansas                                                                                     DEFENDANTS

## JUDGMENT

On the 12th day of July, 2010, this action came before the Court for a trial by jury. All parties appeared and announced that they were ready for trial. A jury of twelve was duly selected and sworn, with one juror later being dismissed for cause. On July 15, 2010, the jury answered special interrogatories and returned a verdict as follows:

1.     Do you find that Sharon Sanders proved by the greater weight of the evidence that the decision to reassign her on November 20, 2008, was an adverse employment action?



    _____YES_____ or _____
         "YES"                           "NO"

**Note: If you answered "NO", have your foreperson sign and date this form because your deliberations are concluded, and you may return to the courtroom. If you answered "YES", you must answer the next question.**

2. Do you find that Sharon Sanders proved by the greater weight of the evidence that the action of the defendants in reassigning her was motivated by race?

         YES       or            
        "YES"             "NO"

   **Note: If you answered "NO" to 2, have your foreperson sign and date this form because your deliberations are concluded, and you may return to the courtroom. If you answered "YES" to 2, answer questions 3 and 4.**

3. Do you find that Sharon Sanders proved by the greater weight of the evidence that the defendants constructively discharged her?

         YES       or            
        "YES"             "NO"

4. Do you find that the defendants proved by the greater weight of the evidence that they would have reassigned Sharon Sanders regardless of her race?

                or     NO    
        "YES"             "NO"

   **Note: If you answered "NO" to 3 *and* "YES" to 4, have your foreperson sign and date this form because your deliberations are concluded, and you may return to the courtroom. If you answered "YES" to 3 *or* if you answered "NO" to 4, answer questions 5 and 6.**

5. A. State the amount of wages and fringe benefits that Sharon Sanders has proven by the greater weight of the evidence that Sharon Sanders has lost through the date of this verdict as a direct result of the actions of the defendants.

$ ___60,825.00___ (stating the amount or if none, write the word "none")

        Salary — 50,000
        SS — 3,825
        Retirement — 7,000

B. State the amount of other damages that you find that Sharon Sanders has proven by a preponderance of the evidence, excluding lost wages and benefits.

$ ___10,000___ (stating the amount or if you find that her damages do not have a monetary value, write in the nominal amount of "One Dollar ($1.00)")

        emotional stress — 5,000
        anguish — 5,000

6. If you find that punitive damages should be awarded against any defendant, state the amount that you find should be awarded. If you find that punitive damages should not be awarded against any defendant, write "none" in the space next to that defendant's name.

$ ___None___ Pearlethe Collins

$ ___2,500___ Milton Hall

$ ___5,000___ Elizabeth Johnson

$ ___500___ Victory Perry

        ___/s/ Paul S. Miller___
        FOREPERSON

        ___7-15-10___
        DATE

Judgment is therefor entered in favor of Sharon Sanders against defendants Lee County School District No. 1, Lee County Board of Education, Pearlethe Collins, Milton Hall, Elizabeth Johnson, and Victory Perry, jointly and severally, in the amount of $60,825.00 for actual damages; against Milton Hall individually in the amount of $2,500 for punitive damages; against Elizabeth Johnson individually in the amount of $5,000 for punitive damages; and against Victory Perry individually in the amount of $500 for punitive damages, plus post-judgment interest to accrue at the rate of 0.31% per annum, for all of which garnishment and execution may issue. *See* 28 U.S.C. § 1961.

IT IS SO ORDERED this 16th day of July, 2010.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE