**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

SHARON Y. SANDERS                                                                                    PLAINTIFF

v.                                            No. 2:08CV00219 JLH

LEE COUNTY SCHOOL DISTRICT NO. 1, *et al*.                                         DEFENDANTS

**FINAL JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of Sharon Y. Sanders against Lee County School District No. 1, Lee County Board of Education, Pearlethe Collins, Milton Hall, Elizabeth Johnson, and Victory Perry, jointly and severally, in the amount of $10,000.00, plus post-judgment interest to accrue at the rate of 0.31% per annum from July 16, 2010, until the judgment is satisfied, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 10th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE