**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

SHARON Y. SANDERS                                                                                    PLAINTIFF

v.                                            Case No. 2:08CV00219 JLH

LEE COUNTY SCHOOL DISTRICT NO. 1, *et al*.                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of plaintiff against defendants for attorneys' fees and costs in the amount of $6,596.85 plus post-judgment interest to accrue at the rate of 0.25% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 27th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE