## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

SHARON Y. SANDERS                                                                                           PLAINTIFF

v.                                              No. 2:08CV00219 JLH

LEE COUNTY SCHOOL DISTRICT NO. 1, *et al.*                                              DEFENDANTS

## ORDER

The United States Court of Appeals for the Eighth Circuit has reversed this Court's Order granting the Rule 50 motion on the constructive discharge claim and on the Rule 50 motion vacating the punitive damage award. With respect to the punitive damage award, the Eighth Circuit reversed the Order granting the Rule 50 motion vacating the punitive damage award but remanded to this Court "to allow Sanders to prove her claim for punitive damages, subject to the Board's right to assert the affirmative defense of ignorance of federal law." On the one hand, reversal of the Court's Order vacating the punitive damage award would seem to require that the punitive damage award be reinstated; on the other hand, the language from the opinion quoted above appears to contemplate a new trial on the issue of punitive damages.

The Court directs the parties to confer on the issue of how to go forward in this action, and if they are in agreement, submit a joint report within thirty days from the entry of this Order. If the parties are not in agreement, they should submit simultaneous reports stating their different positions within thirty days from the entry of this Order.

If the parties wish to have this matter referred to a Magistrate Judge for a settlement conference, they should notify the courtroom deputy, Cory Wilkins, at (501) 604-5384.

IT IS SO ORDERED this 23rd day of March, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE